UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                    No. C-14-1481 EMC (pr)

JAIME A. CUADRAS,

        Plaintiff.                                              **ORDER OF DISMISSAL**

_____/

        This action was opened on March 31, 2014, when the Court received from Jaime A. Cuadras a letter concerning his prison conditions. On that date, the Court notified Mr. Cuadras in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within twenty-eight days. Mr. Cuadras did not file a complaint or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

        IT IS SO ORDERED.

Dated: May 12, 2014

_____
EDWARD M. CHEN
United States District Judge